## C. W. SMITH V. THE STATE.

No. 6875. Decided June 14, 1922.

Theft From the Person—Companion Case—Corroboration of Accomplice.

Where the facts in the instant case are identical with those stated in the opinion of Hockaby v. The State, etc., which was recently reversed for insufficient corroboration of the accomplice, the judgment must be reversed and the cause remanded.

Appeal from the District Court of Potter. Tried below before the Honorable Henry S. Bishop.

Appeal from a conviction of theft; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

*Veale & Lumpkin*, for appellant.

*R. G. Storey*, Assistant Attorney General, for the State.

HAWKINS, Judge.—Conviction is for theft from the person with an assessed punishment of two years confinement in the penitentiary.

This is a companion case to No. 6874, A. C. Huckaby v. State, and No. 6876, T. J. Huckaby v. State (opinions delivered April 26th, 1922). The facts in the instant case are identical with those stated in the opinions (supra). This case must be reversed for insufficient corroboration of the accomplice witness, and the foregoing cases are referred to for a statement of the facts.

The judgment of the trial court is reversed and the cause remanded.

*Reversed and remanded.*